# Court of Appeals
# of the State of Georgia

ATLANTA, February 06, 2014

*The Court of Appeals hereby passes the following order:*

## A13A1676. McCLENDON v. THE CITY OF REYNOLDS et. al.

In their notice of appeal, Appellants designated only the transcript of the evidence and proceedings for inclusion in the record on appeal. Thereafter, Appellees filed a request in the trial court pursuant to OCGA § 5-6-42 for inclusion of *all filings, motions and briefs in this matter* to be included in the report on appeal.

Notwithstanding this request, the appellate record received by this Court is incomplete. Notably, the record in this case involves two civil actions - Civil Action No. 09-OCGA §-097 and Civil Action No. 11-OCGA §-156. The appellate record, however, does not include all of the filings, motions and briefs related to Civil Action No. 09-OCGA §-097.

A complete appellate record is necessary for determination of the issues on appeal. Accordingly, it is hereby ordered that this matter be remanded to the trial court with direction to prepare a complete appellate record, including all of the filings, motions and briefs related to Civil Action No. 09-OCGA §-097. It is further ordered that the trial court shall then re-transmit this matter to the Court of Appeals for re-docketing and disposition of the appeal.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 02/06/2014
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*